IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAY ROBERT SCHECTER   :   CIVIL ACTION
               v.   :
BUCKS COUNTY, *et al.*   :   NO. 10-3467

**O R D E R**

AND NOW, this 13th day of January 2011, upon consideration of the pending motions and the responses thereto, IT is ORDERED:

1. That the Defendants' Motion to Dismiss is GRANTED. The complaint is DISMISSED WITH PREJUDICE.

2. That all other motions are DENIED.

3. That the Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.